US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 5/2/06

TIME SPENT: _____

DOCKET NO. __06 CV 1166 (NG)_____

CASE: __Powell v City of NY_____

✓ INITIAL CONFERENCE            ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE         ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE        ___ TELEPHONE CONFERENCE

**MANDATORY DISCLOSURE :**

___ COMPLETED                    ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ JOINT PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY _____

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

**RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Answer due 6/6
Dfts responses to pl's discovery requests due 6/16 (dfts to produce CCRB and IAB printouts)
Dfts to serve discovery requests by 6/6
Response due 7/6
Conference to discuss settlement 7/26 @ 12 noon